Case 1:17-cv-03019-RER   Document 36-1   Filed 10/05/18   Page 9 of 9 PageID #: 123

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------X

CONSTANTINO JIMEZ ZAGAL, et. al.,

    Plaintiffs,

- against -

NOSTRAND MEAT. CORP. d/b/a THE MEAT PLACE et. al.,

    Defendants.

--------------------------------------X

Case No.
17-CV-03019 (DLI)(RER)

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel that, whereas no aforementioned party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be, and the same is hereby, dismissed with prejudice and without costs to either party against the other.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and scanned PDF or facsimile copies shall be deemed to be originals.

Dated: September ____, 2018

_____
Leon H. Coyle, Esq.
Virginia & Ambinder LLP
Attorneys for Plaintiffs
40 Broad Street, 7th Floor
New York, New York 10004

Dated: September 12, 2018

_____
Michael K. Chong, Esq.
Michael K. Chong, LLC
Attorneys for Defendants
1250 Broadway, 36th Floor, Suite 300
New York, New York 10001

SO-ORDERED

/s/RER dated 10/09/2018
_____
Hon. Ramon E. Reyes, United States Magistrate Judge